IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DERRICK L. PRINCE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STANLEY GARRETT, *et al.*, )<br>)<br>Defendants. ) | CASE NO.  3:12-cv-0802-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on October 30, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) filed on October 24, 2012 is adopted;

3. This case is DISMISSED without prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this the 30th day of January, 2013.

　　　　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE